AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 22 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MARK KEVIN MAYES | ) Case No: 4:02CR70110-001 |
| | ) USM No: 09589-084 |
| Date of Previous Judgment: 08/08/2003 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **220** months **is reduced to** **195 months\***.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

\*Defendant is sentenced to 195 months, but not less than time served. Defendant's sentence consists of 135 months on Counts 1 and 2, to run concurrently, and 60 months on Count 3, to run consecutively.

Except as provided above, all provisions of the judgment dated **08/08/2003** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/22/2015

Effective Date: 11/01/2015
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title