
CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

SEP 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 4:02-cr-70110-1 |
| v. | **ORDER** |
| **MARK KEVIN MAYES,**<br>    Petitioner. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the construed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 19th day of September, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge